**Dismissed; Opinion Filed February 14, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00108-CR

**DENNIS JEROME PIERCE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F02-24969-Q**

## MEMORANDUM OPINION
Before Justices Bridges, Partida-Kipness, and Carlyle
Opinion by Justice Partida-Kipness

Dennis Jerome Pierce appeals his conviction for indecency with a child. On January 25, 2019, appellant filed his pro se notice of appeal with this Court, stating he was appealing the trial court's denial of his motion for judgment nunc pro tunc on back time credit. After reviewing the notice of appeal, we notified appellant and the Dallas County District Attorney's Office that we had concerns regarding our jurisdiction and requested a letter brief from each. Specifically, we questioned how we had jurisdiction because the denial of a nunc pro tunc on back-time credit is not appealable. *See Abbott v. State*, 271 S.W.3d 694, 697 (Tex. Crim. App. 2008) ("In this case, we have not found any rule or any statutory or constitutional provision that would authorize appellant's appeal from the trial court's post-judgment order denying his time-credit motion."). In response, appellant filed a motion to dismiss.

An appellate court has jurisdiction to determine an appeal only if the appeal is authorized by law. *Id.* at 696–97. When the appellate court's jurisdiction is not legally invoked, the court's power to act is as absent as if it did not exist. *Olivo v. State*, 918 S.W.2d 519, 523 (Tex. Crim. App. 1996). Appellate courts may consider criminal appeals only after final conviction or the entry of a narrow set of appealable interlocutory orders. TEX. R. APP. P. 26.2(a)(1); *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.).

Here, appellant seeks to appeal the trial court's denial of his motion for judgment nunc pro tunc on back time credit. Because there is no rule or statutory or constitutional provision allowing such an appeal, we conclude we lack jurisdiction. *See Abbott*, 271 S.W.3d at 697.

We dismiss this appeal.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
190108F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DENNIS JEROME PIERCE, Appellant

No. 05-19-00108-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 204th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F02-24969-Q.
Opinion delivered by Justice Partida-Kipness, Justices Bridges and Carlyle participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 14th day of February, 2018.